COMMONWEALTH of Pennsylvania,
Appellee,

v.

David JOHNSON, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 21, 1999.
Decided Dec. 20, 1999.

Gerald A. Stein, Philip J. Degnan, Philadelphia, for David Johnson

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

**ORDER**

PER CURIAM:

**AND NOW,** this 20th day of December, 1999 the appeal is dismissed as having been improvidently granted.

Justice NIGRO dissents.